**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21388-BLOOM**

LUIS ALONSO VEGA RAMIREZ,

     Petitioner,

v.

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security; PAMELA BONDI,
in her official capacity as Attorney
General of the United States; CYNTHIA
LAWSON-SWAIN, in her official capacity
as Warden of the Broward Transitional Center;
TODD LYONS, in his official capacity as
Acting Director of Immigration and Customs
Enforcement, and JUAN AGUDELO, in their
official capacity as Miami Field Office Director
for Enforcement and Removal Operations,

     Respondents.

_____/

**ORDER ON PETITIONER'S MOTION FOR**
**TEMPORARY RESTRAINING ORDER**

     **THIS CAUSE** is before the Court upon Petitioner Luis Alonso Vega Ramirez's

("Petitioner") Motion for Temporary Restraining Order ("Motion"), ECF No. [9]. Petitioner seeks

entry of a temporary restraining order to prohibit Respondents and those acting in concert with

them from transferring Petitioner outside the Southern District of Florida or removing Petitioner

from the United States while his Petition is pending or until further order of the Court. ECF No. [9]

at 6. In Response, Respondents point out that Petitioner's Motion is moot because the Court's

Order to Show Cause orders the relief requested. ECF No. [10] at 1 n.1.

     The Court's March 3, 2026 Order to Show Cause ordered: "[T]o preserve the status quo

Case No. 26-cv-21388-BLOOM

and the Court's jurisdiction, Respondents shall not remove Petitioner from the United States or the Southern District of Florida until further order of the Court. *See* 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1368 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits)." ECF No. [4]. This Order remains in effect. Accordingly, it is **ORDERED AND ADJUDGED** that Petitioner's Motion, **ECF No. [9]**, is **DENIED AS MOOT**.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on March 25, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov

Noting 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov