**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-21388-BLOOM**

LUIS ALONSO VEGA RAMIREZ,

      Petitioner,

v.

KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of
Homeland Security; PAMELA BONDI,
in her official capacity as Attorney
General of the United States; CYNTHIA
LAWSON-SWAIN, in her official capacity
as Warden of the Broward Transitional Center;
TODD LYONS, in his official capacity as
Acting Director of Immigration and Customs
Enforcement, and JUAN AGUDELO, in their
official capacity as Miami Field Office Director
for Enforcement and Removal Operations,

      Respondents.

_____/

**ORDER ON RESPONDENTS' NOTICE OF VOLUNTARY**
**DEPARTURE ORDER AND MOTION FOR CLARIFICATION**

**THIS CAUSE** is before the Court upon Respondents' Notice of Voluntary Departure and

Motion for Clarification ("Motion"), ECF No. [13]. Respondents state that Petitioner and the

Department of Homeland Security ("DHS") filed a Joint Motion for Voluntary Departure. *See* ECF

No. [13-1]. The Immigration Court granted the Joint Motion and entered an Order of Voluntary

Departure, requiring Petitioner to depart the United States by May 7, 2026. *See* ECF No. [13-2].

Respondents seek clarification regarding the status of the Court's March 3, 2026, Order stating

that "Respondents shall not remove Petitioner from the United States or the Southern District of

Florida until further order of the Court." *See* ECF No. [4]. Respondents certify that Petitioner's

counsel does not oppose the Motion. ECF No. [13].

Based on the representations in the Motion and the agreement of the parties, it is

**ORDERED AND ADJUDGED** as follows:

1. Respondents' Motion, **ECF No. [13]**, is **GRANTED**.

2. The Court's March 3, 2026, Order is **AMENDED** to permit Petitioner to depart the United States pursuant to the terms of the April 8, 2026 Order of Voluntary Departure.

3. Because Petitioner is voluntarily departing the United States, Petitioner's Petition for Writ of Habeas Corpus, **ECF No. [1]**, is **DENIED AS MOOT**.

4. **Within three (3) days of Petitioner's departure**, the parties shall file notice with the Court regarding dismissal of this action.

5. The above-styled action is administratively **CLOSED** without prejudice.

6. The Clerk of Court shall **CLOSE** this case for administrative purposes only.

7. To the extent not otherwise disposed of, any scheduled hearings are **CANCELED**, all pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, on April 27, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

2